**FILED**

08/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0669

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0669

_____

CITY and COUNTY OF BUTTE-SILVER BOW,
MONTANA,

     Applicant and Appellant,

  v.

O R D E R

BUTTE POLICE PROTECTIVE ASSOCIATION,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2024